| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Anthony O. Egbase<br>Law Office of Anthony O. Egbase & Associates<br>The World Trade Center<br>350 S. Figueroa Street, Suite 189<br>Los Angeles, CA 90071<br>213-620-7070 Fax: 213-620-1200<br>California State Bar Number: 181721<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER **1:10-bk-15546-KT** |
| In re<br><br>Victor Gerardo Figueroa<br><br>Debtor(s). | **DECLARATION SETTING FORTH<br>POSTPETITION, PRECONFIRMATION<br>DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY<br>RULE 3015-1(m)** |

I, __Victor Gerardo Figueroa__ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __5/10/2010__.

2. I am the owner of real property[1] at the following street address:

    __21026 Lanark Street__

    __Canoga Park, CA 91304__                                                                 (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of __Indy Mac Mortgage__.

    b. Second deed of trust in favor of ____ *(if applicable)*.

    c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

**F 3015-1.4**
Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*   F 3015-1.4

*Local Bankruptcy Rule 3015-1(m) - Page 2 of 5*

| In re | | CHAPTER 13 |
|---|---|---|
| Victor Gerardo Figueroa | Debtor(s). | CASE NUMBER 1:10-bk-15546-KT |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Indy Mac Mortgage | $ 1,590.61 | 7/16/2010 | 7/6/2010 |
| | 1,424.96 | 8/16/2010 | 8/2/2010 |
| Creditor | | | |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 3 of 5*

| In re<br>**Victor Gerardo Figueroa**<br>Debtor(s). | CHAPTER **13**<br>CASE NUMBER **1:10-bk-15546-KT** |
|---|---|

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  **August 2, 2010**        Signature  /s/ Victor Gerardo Figueroa
                                           **Victor Gerardo Figueroa**
                                           Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                      F 3015-1.4

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Anthony O. Egbase<br>Law Office of Anthony O. Egbase & Associates<br>The World Trade Center<br>350 S. Figueroa Street, Suite 189<br>Los Angeles, CA 90071<br>213-620-7070 Fax: 213-620-1200<br>181721<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Victor Gerardo Figueroa<br><br>                                         Debtor(s). | CASE NO.: **1:10-bk-15546-KT**<br>CHAPTER: **13**<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

☐ Petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☒ Other: **Declaration Setting Forth Postpetition**    Date Filed: **8/2/2010**

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____    **8/2/2010**
*Signature of Signing Party*             Date
**Victor Gerardo Figueroa**
*Printed Name of Signing Party*

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s)* or *Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____    **8/2/10**
*Signature of Attorney for Signing Party*    Date
**Onyinye Anyama 262152**
*Printed Name of Attorney for Signing Party*

| 73975 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

SERIAL #: 7397601124

Purchaser: VICTOR GERARD FIGUEROA-LOPEZ
Purchaser Account: 8097333465
Operator I.D.: cu021155

ACCOUNT#: 4861-505287

PAY TO THE ORDER OF   ***INDYMAC MORTGAGE SERVICES***
***ACCT# 3001693062***

August 02, 2010

***One thousand four hundred twenty-four dollars and 96 cents***

**$1,424.96**

WELLS FARGO BANK, N.A.
8301 TOPANGA CANYON BLVD
CANOGA PARK, CA 91304
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER—IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 1,424.96

**NON-NEGOTIABLE**

**Purchaser Copy**

FE004   10178936

*August Mortgage* (handwritten)

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    **F 3015-1.4**

*Local Bankruptcy Rule 3015-1(m) - Page 4 of 5*

| In re | | CHAPTER **13** |
|---|---|---|
| **Victor Gerardo Figueroa** | Debtor(s). | CASE NUMBER **1:10-bk-15546-KT** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
The World Trade Center
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90071

A true and correct copy of the foregoing document described as **Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **8/2/2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 2, 2010 | **Karen Reyes** | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.4**

Victor Gerardo Figueroa
21026 Lanark St.
Canoga Park, CA 91304


Anthony O. Egbase
Law Office of Anthony O. Egbase & Associates
The World Trade Center
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90


American Express
P.O. Box 0001
Los Angeles, CA 90096


Chase
Cardmember Services
P.O. Box 94014
Palatine, IL 60094


Elizabeth (SV) Rojas
Noble Professional Center
15060 Ventura Blvd. Suite 240
Sherman Oaks, CA 91403


HSBC Retail Services
P.O. Box 60148
City of Industry, CA 91716


Indymac Morgage Services
P.O. Box 78826
Phoenix, AZ 85062


Specialized Loan Servicing, LLC
P.O. Box 105219
Atlanta, GA 30348

United States Trustee (SV)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Wells Fargo Card Services
P.O. Box 30086
Los Angeles, CA 90030